UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMED CHOWDHURY,

    Plaintiff,

– against –

HAMZA EXPRESS FOOD CORP. *and*
ALMONTAZER FADEL,

    Defendants.

ORDER

14-CV-150

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2015 ★
BROOKLYN OFFICE

The magistrate judge's report and recommendation, issued on February 26, 2015, is adopted. Today's hearing confirms the magistrate judge's findings and rulings of deliberate failure by defendants to keep and present appropriate records and other discovery pursuant to the magistrate judge's directions and discovery rulings. *See* Hr'g Tr., June 5, 2015.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: June 5, 2015
      Brooklyn, New York