UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MUHAMMED CHOWDHURY,

    Plaintiff,

– against –

HAMZA EXPRESS FOOD CORP., et al.,

    Defendants.

**MEMORANDUM ORDER AND JUDGMENT**
14-CV-150

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 18 2015 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has considered the twenty-seven page comprehensive and thorough Report and Recommendation of the magistrate judge dated August 21, 2015.

No objections were received from defendant.

The court reviewed plaintiff's timely amended objections, dated September 9, 2015, memorandum of law for inquest of damages, dated July 7, 2015, notice of motion for attorneys' fees and costs, dated July 22, 2015, notice of motion for sanctions under Rule 11 and 28 U.S.C. § 1927, transcript of inquest before the magistrate judge, and other relevant materials found on the docket sheet, entries 1 to 75.

The magistrate judge's report and recommendation is thorough and represents a fair evaluation of the evidence. The magistrate judge fully observed and dealt with defendants' intransigence making discovery more difficult for the plaintiff than should have been necessary.

The magistrate judge's report is a fair assessment of the facts and law. The judgment adequately compensates plaintiff for damages, costs and disbursements. Any greater amounts

1



would constitute an unjust punishment, not supported by the facts and law or in the proper exercise of this court's discretion.

No hearing is required. Plaintiff's written submissions suffice.

Plaintiff is awarded $83,806 – representing $42,997.50 in compensatory and liquidated damages and $40,808.50 in attorney's fees and costs – as against defendants Hamza Express and Almontazer Fadel, jointly and severally. Plaintiff's August 19th motion for sanctions is denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: September 17, 2015
Brooklyn, New York